PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
Victoria C. Knowles, Bar No. 277231
vknowles@pacifictrialattorneys.com
4100 Newport Place Drive, Ste. 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA GARCIA,<br><br>        Plaintiff,<br><br>        v.<br><br>JOVIAL FOODS INC., a Connecticut corporation,<br><br>        Defendants. | Case No. 2:25-cv-05385-SVW-PVC<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>Complaint Filed: May 7, 2025<br>Action Removed: June 13, 2025 |

- 1 -

TO THE COURT, CLERK AND ALL PARTIES OF RECORD, please take notice that Plaintiff Silvia Garcia ("Plaintiff") respectfully requests dismissal of the instant action pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure with prejudice as to Plaintiff's claims. Defendant has not filed or served an answer to Plaintiff's Complaint, nor filed a motion for summary judgment.

Respectfully submitted,

Dated:  July 31, 2025

PACIFIC TRIAL ATTORNEYS

By: */s/ Scott J. Ferrell*

Scott J. Ferrell
Attorney for Plaintiff

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2025, I electronically filed the foregoing **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell Esq.*
Scott J. Ferrell, Esq.

- 3 -

CERTIFICATE OF SERVICE                                      Case No: 2:25-cv-05385-SVW-PVC